**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

IN RE: ESTATE OF WILLIAM M.     :    No. 300 WAL 2015
JACKSON, A/K/A WILLIAM MARTIN   :
JACKSON, DECEASED              :
                                   :    Petition for Allowance of Appeal from
NOREEN SMITH,               :    the Order of the Superior Court
          Petitioner         :
                                     :
                                     :
            v.                     :
                                     :
                                     :
VONDA JACKSON,           :
                                     :
          Respondent       :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 16th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.